IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA

    Plaintiff,                                      Civil No. 06-C-147

    v.

NATURAL OVENS BAKERY, INC., a corporation,
and PAUL A. STITT, BARBARA R. STITT, and
MATTHEW E. TAYLOR, individuals,

    Defendants.

## ORDER

Before this Court is Defendants' Unopposed Motion to Dissolve Consent Decree of Permanent Injunction entered by this Court on February 3, 2006. In that Order, the Court retained jurisdiction of the case for the purpose of modifying the Consent Decree and granting such additional relief as may be necessary and appropriate.

After review of the Defendants' motion, and the United States having no objection to the Consent Decree of Permanent Injunction being dissolved at this time, the Court concludes the motion should be GRANTED.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Consent Decree of Permanent Injunction entered by this Court on February 3, 2006, is hereby dissolved in all respects.

2. The above-captioned case, as a result of this Order dissolving the Consent Decree, is dismissed.

Dated this   26th   day of June, 2012.

                                                      By: s/ William C. Griesbach
                                                           William C. Griesbach
                                                           United States District Judge